```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00952
  TIMOTHY J. JEVITZ
  JAMIE L JEVITZ                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-5633      SSN XXX-XX-6438
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/12/05 and confirmed on 04/01/05.

   2.  The case was dismissed after confirmation, 08/31/2007.

   3.  The Debtor paid a total of $  35865.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS TRUST & SAVINGS B | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS TRUST & SAVINGS B | MORTGAGE ARRE | 3759.62 | .00 | 3759.62 |
| HERITAGE CORRIDOR CREDIT | SECURED | 1346.29 | .00 | 1346.29 |
| HERITAGE CORRIDOR CREDIT | SECURED | 7217.83 | 578.49 | 7217.83 |
| ASSOCIATED ORTHODONTISTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 864.18 | .00 | 653.90 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5493.85 | .00 | 4157.02 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| D&I ELECTRONICS | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SVCS | UNSECURED | 693.08 | .00 | 524.43 |
| DELL FINANCIAL SVCS | UNSECURED | 1403.24 | .00 | 1061.79 |
| DISCOVER BANK | UNSECURED | 3681.73 | .00 | 2785.85 |
| TALBOT & SMITH MDS | UNSECURED | NOT FILED | .00 | .00 |
| FACTS MGMT CO | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| FUTURE DIAGNOSTICS GROUP | UNSECURED | 175.00 | .00 | 132.42 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA CARE @ HOME | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| DISNEY | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1120.95 | .00 | 848.19 |
| HERITAGE CORRIDOR CREDIT | UNSECURED | 5643.17 | .00 | 4270.01 |
| MITSUBISHI MOTOR CRED OF | SECURED | .00 | .00 | .00 |
| MITSUBISHI MOTOR CRED OF | UNSECURED | 6865.33 | .00 | 5194.77 |

          Summary of disbursements:
---

```
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   12323.74         .00     25940.53          .00      38264.27
PRINCIPAL PAID       12323.74         .00     19628.38          .00      31952.12
INTEREST PAID          578.49         .00          .00          .00        578.49
TOTAL PAID           12902.23         .00     19628.38          .00      32530.61
```
The Debtor's attorney, SCHOTTLER & ZUKOSKY              , was allowed $   2425.00
and was paid $     200.00   direct and $    2225.00   through the plan.

The Trustee received $    1109.39 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                       /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 05 B 00952 TIMOTHY J. JEVITZ & JAMIE L JEVITZ